United States Bankruptcy Court

Western District of Oklahoma

In re:  
Jennifer Kristen Willhite  
    Debtor

Case No. 23-11078-SAH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2023      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer Kristen Willhite, 318 N D St, Duncan, OK 73533-6628 |
| 6739612 | | Brent Willhite, 318 N D St, Duncan, OK 73533-6628 |
| 6739614 | | CBSA Collection, Po Box 1929, Stillwater, OK 74076-1929 |
| 6739615 | | Check 'n Go, 2360 N Highway 81, Duncan, OK 73533-1219 |
| 6739617 | | Courtesy Loans, 810 W Main St, Duncan, OK 73533-4616 |
| 6739619 | + | Duncan Anesthesia Associates, 1310 W Oak Ave, Duncan, OK 73533-4349 |
| 6739620 | + | Duncan Regional Hospital, PO Box 1264, Duncan, OK 73534-1264 |
| 6739626 | | Loyalloans, 810 W Main St, Duncan, OK 73533-4616 |
| 6739631 | | Vermillion Plumbing, 306 W Main St, Duncan, OK 73533-7028 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QSJMANCHESTER.COM | Jul 27 2023 04:06:00 | Susan J. Manchester, 1100 N Shartel, Oklahoma City, OK 73103-2602 |
| 6739610 | ^ | MEBN | Jul 27 2023 00:23:18 | Ars Account Resolution, Po Box 459079, Fort Lauderdale, FL 33345-9079 |
| 6739611 | | Email/Text: bankruptcy@axcess-financial.com | Jul 27 2023 00:26:00 | Axcssfn/cngo, 7755 Montgomery Rd, Cincinnati, OH 45236-4291 |
| 6739616 | ^ | MEBN | Jul 27 2023 00:23:04 | CHIME, CHIME, Po Box 417, San Francisco, CA 94104-0417 |
| 6739613 | + | EDI: CAPITALONE.COM | Jul 27 2023 04:06:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 6739618 | | EDI: MAXMSAIDV | Jul 27 2023 04:06:00 | Dept of Ed/aidvantage, PO Box 4450, Portland, OR 97208-4450 |
| 6739621 | ^ | MEBN | Jul 27 2023 00:22:55 | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 6739622 | + | EDI: LCIICSYSTEM | Jul 27 2023 04:06:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 6739623 | | EDI: JEFFERSONCAP.COM | Jul 27 2023 04:06:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 6739624 | | EDI: JEFFERSONCAP.COM | Jul 27 2023 04:06:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, Saint Cloud, MN 56303 |
| 6739625 | ^ | MEBN | Jul 27 2023 00:22:35 | Love Beal & Nixon, Po Box 32738, Oklahoma City, OK 73123-0938 |
| 6739627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 00:28:33 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 6739628 | + | EDI: NAVIENTFKASMSERV.COM | | |

| District/off: 1087-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 318 | Total Noticed: 25 |

| | | Jul 27 2023 04:06:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
|---|---|---|---|
| 6739629 | Email/Text: lawfirmTX@rsieh.com | Jul 27 2023 00:26:00 | Rausch Sturm LLP, 250 N Sunnyslope Rd Ste 300, Brookfield, WI 53005 |
| 6739630 | Email/Text: EDBKNotices@ecmc.org | Jul 27 2023 00:26:00 | U S Dept of Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 6739632 | + Email/Text: bankruptcyreports@wakeassoc.com | Jul 27 2023 00:26:00 | Wakefield & Associates, PO Box 58, Fort Morgan, CO 80701-0058 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2023     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Luke A Homen | on behalf of Debtor Jennifer Kristen Willhite G61251@notify.cincompass.com;lahcourtnotices@gmail.com;LHomen@jubileebk.net |
| Luke A Homen | on behalf of Plaintiff Jennifer Kristen Willhite G61251@notify.cincompass.com;lahcourtnotices@gmail.com;LHomen@jubileebk.net |
| Susan J. Manchester | susanmanchester@sbcglobal.net  smanchester@ecf.axosfs.com;manchesterlaw@sbcglobal.net |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer Kristen Willhite** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–3041** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Oklahoma** | | |
| Case number:  **23–11078 – SAH** | | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jennifer Kristen Willhite
   fka Jennifer Thrall

July 25, 2023                                         **By the court:**   Sarah A. Hall
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**